HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
IRA IZELL JONES, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>IRA IZELL JONES, JR.,<br>Defendant. | Case No. 1:23-cr-00037-JLT<br><br>*UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; [PROPOSED] ORDER<br><br>Hon. Jennifer L. Thurston |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Kaitlyn Tobin, as well as United States Probation Officer Adrian Garcia, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c), provided the Court is satisfied that such action is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

After resentencing proceedings in 2013, Mr. Jones was ordered to serve 6 years of supervised release. His supervision term began over four years ago. Dckt. 1. Mr. Jones has served over two-thirds of his supervision. During that time, no petitions for violation of supervised release have been filed. He has maintained a stable residence and employment through his period of supervision. At present, Mr. Jones is on low supervision and is living a positive, pro-social, and law-abiding life. He is currently enrolled in classes at Fresno City College while recovering from work-related injury. Mr. Jones is grandfather. He has three kids of his own in Fresno and California. His mother and father are in Fresno. Mr. Jones has not submitted any positive drug tests. During his four years on supervision Mr. Jones has not had any issues with compliance. Given this, continued supervision is no longer necessary given Mr. Jones has successfully reintegrated into the community.

On November 5, 2026, Mr. Jones's probation officer, Adrian Garcia, indicated that probation was "supportive" of early termination of supervision. Similarly, the same day, Assistant United States Attorney Kaitlyn Tobin indicated via email that the Government did not object to early termination. This unopposed motion was reviewed and approved by Ms. Tobin.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Jones and is in the interests of justice. *See* 18 U.S.C. § 3583(e)(1).

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 5, 2026

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
IRA IZELL JONES, JR.

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Ira Izell Jones, Jr.'s term of supervised release.

IT IS SO ORDERED.

Dated: _November 6, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE